# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GEORGE ESTES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVE LEDERLE, et al., ) <br> ) <br> Defendants. ) | No. 4:07CV274 DDN |

## MEMORANDUM AND ORDER

This matter is before the Court on the Request for Compensation of Services and Reimbursement of Out-of-Pocket Expenses filed by David Nissenholtz.

David Nissenholtz was appointed to represent plaintiff in the above-styled action. Local Rule 12.03 provides that upon written motion and in the Court's discretion, disbursements may be made from the Attorney Admission Fee Non-Appropriated Fund to reimburse a court-appointed attorney for reasonable expenses and attorney's fees incurred in representing an indigent client in a civil matter. An administrative order issued by the United States District Court for the Eastern District of Missouri in January 2008 provides that the judge to whom a case is assigned is authorized to approve up to $5,000 for out-of-pocket expenses and $5,000 for attorney's fees.

Appointed counsel in the instant case seeks $2,211.61 for out-of-pocket expenses and $4,999.75 in fees, for a total of $7,211.36. The Court has reviewed the documentation submitted with the request and finds that the request for expenses is properly supported and that the compensation claimed is reasonable. As a result, the Court will order the Clerk to reimburse appointed counsel from the non-appropriated fund.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall pay David Nissenholtz the amount of $7,211.36 from the non-appropriated fund for his services and expenses in this action.

Dated this 16th Day of April, 2009.

/s/ David D. Noce
DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE